1  **SARA M. PELOQUIN**
California State Bar No. 254945
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  Sara_Peloquin@fd.org

5  Attorneys for Mr. Cisneros-Huerta

8                   UNITED STATES DISTRICT COURT

9                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,      )   Case No. 08mj2024
                                   )
12              Plaintiff,         )
                                   )
13  v.                             )
                                   )   **NOTICE OF APPEARANCE**
14  **ESTROBERTO CISNEROS-HUERTA,**)
                                   )
15              Defendant.         )
                                   )

     Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                    Respectfully submitted,

Dated: July 9, 2008                 /s/ *Sara Peloquin*
                                    **SARA M. PELOQUIN**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Mr. Cisneros-Huerta

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: July 9, 2008              /s/  Sara Peloquin
                                 **SARA M. PELOQUIN**
                                 Federal Defenders of San Diego, Inc.
                                 225 Broadway, Suite 900
                                 San Diego, CA  92101-5030
                                 (619) 234-8467  (tel)
                                 (619) 687-2666  (fax)
                                 Sara_Peloquin@fd.org