AO 455(Rev. 5/85) Waiver of Indictment

> FILED
>
> JUL 3 1 2008
>
> CLERK, U.S. DISTRICT COURT
> SOUTHERN DISTRICT OF CALIFORNIA
> BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

ESTROBERTO CISNEROS-HUERTA

CASE NUMBER: 08cr2548 +L

I, ESTROBERTO CISNEROS-HUERTA, the above named defendant, who is accused of

the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on __7-31-08__ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_Estroberto cisneros_
Defendant

_Laura Pelen_
Counsel for Defendant

Before _____
Judicial Officer